# Court of Appeals
# of the State of Georgia

ATLANTA,   March 17, 2016

*The Court of Appeals hereby passes the following order:*

**A16E0025. IN THE INTEREST OF: R. A., A CHILD.**

Petitioner filed this emergency petition seeking an order for change of physical custody of her son. Petitioner's son is in the custody of the Fulton County Department of Family and Child Services, pursuant to a removal order issued by the Juvenile Court of Fulton County on October 25, 2015. Petitioner is not seeking appellate review of the removal order, but rather is seeking a change in custody due to events that occurred after the removal order was issued. The Juvenile Court has exclusive original jurisdiction over juvenile matters and shall be the sole court for initiating an action concerning any child who is alleged to be a dependent child. OCGA § 15-11-10. Accordingly, Petitioner should have filed this emergency petition in the Juvenile Court of Fulton County.

The Georgia Constitution provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII; *Bosma v. Gunter*, 258 Ga. 664, 665 (373 SE2d 368) (1988). Accordingly, this petition is hereby TRANSFERRED to the Juvenile Court of Fulton County.



*Court of Appeals of the State of Georgia*
  *Clerk's Office,*
*Atlanta,*_____03/17/2016_____
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*